**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

UNITED STATES OF AMERICA,    )
                )
        Plaintiff,    )
                )
      v.            )    Criminal Action No. 08- *80 -M*
                )
JOSE ROLANDO MURCIA-GUTIERREZ, )
                )
       Defendant.   )

**MOTION FOR DETENTION HEARING**

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f).  In support of the motion, the United States alleges the following:

    1.  **Eligibility of Case**.  This case is eligible for a detention order because case involves (**check all that apply**):

        ____    Crime of violence (18 U.S.C. § 3156)

        ____    Maximum sentence life imprisonment or death

        ____    10+ year drug offense

        ____    Felony, with two prior convictions in above categories

        ____    Minor victim; possession or use of firearm, destructive device or other dangerous weapon; or failure to register under 18 U.S.C. § 2250

        _X_    Serious risk defendant will flee

        ____    Serious risk obstruction of justice

    2.  **Reason For Detention**.  The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

        _X_    Defendant's appearance as required

        ____    Safety of any other person and the community

3. **Rebuttable Presumption**. The United States WILL NOT invoke the rebuttable presumption against defendant under § 3142(e). (If yes) The presumption applies because (**check one or both**):

_____ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c)

_____ Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

_____ At first appearance

__X__ After continuance of __10__ days.

5. **Temporary Detention**. The United States request the temporary detention of the defendant for a period of __10__ days (not more than 10) so that the appropriate officials can be notified since (**check 1 or 2, and 3**):

1. At the time the offense was committed the defendant was:

_____ (a) on release pending trial for a felony;

_____ (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

_____ (c) on probation or parole for an offense.

__X__ 2. The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

__X__ 3. The defendant may flee or pose a danger to any other person or the community.

6. **Other Matters**.

_____  _____  _____  _____

_____  _____  _____  _____

DATED this __11th__ day of ____April_____, 2008.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____
Robert F. Kravetz
Assistant United States Attorney

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2008 APR 11 PM 3:16