**REDACTED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 08-66 |
| ) | |
| JOSE ROLANDO MURCIA-GUTIERREZ, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about April 10, 2008, in the State and District of Delaware, Defendant Jose Rolando Murcia-Gutierrez, an alien and subject of El Salvador, was found in the United States, after having been removed therefrom on or about October 7, 2003, at or near New Orleans, Louisiana, and Defendant was knowingly in the United States, and prior to his reembarkation at a place outside the United States, neither the United States Attorney General nor the Undersecretary for Border and Transportation Security, Department of Homeland Security, expressly consented to Defendant's reapplying for admission to the United States.

In violation of Title 8, United States Code, Sections 1326(a).

## **COUNT TWO**

On or about April 10, 2008, in the State and District of Delaware, Defendant Jose Rolando Murcia-Gutierrez knowingly possessed an alien registration receipt card, knowing it to be forged, counterfeited, altered, and falsely made, in violation of Title 18 United States Code, Section 1546(a).

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

By: _____
Robert F. Kravetz
Assistant United States Attorney

Dated: April 22, 2008