UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>JOSE ROLANDO MURCIA-GUTIERREZ,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)  CASE NO. 08-66-JJF<br>)<br>)<br>)<br>) |

### O R D E R

This **1ST** day of **MAY 2008**, the defendant having entered a plea of not guilty to the Indictment, pretrial motions shall be due within ten (10) days, that is on or before **MAY 15TH, 2008**. Any request for additional time to file pretrial motions must be filed in writing with the District Court Judge to whom this case has been assigned.

                                                                        _____
                                                                        **Honorable Leonard P. Stark**
                                                                        **U.S. Magistrate Judge**

cc: Defense Counsel
    United States Attorney