6/20/08     08cr066 JJF     

Dear Honorable Judge Farnan Jr.,

    I Jose Rolando Gutierrez was previously in front of you on June 3 2008 in a matter concerning illegal re-entry into the U.S. I believe I received a time-served sentence from you on that day but I haven't heard from immigration in any matter concerning deportation. It's been about 3 weeks and I've also wrote my lawyer to try and receive an answer but I've got no reply yet. Can you please have someone contact me to inform me of my current deportation status. I still got more immigration time to do from ICE so I would love to get this over with as soon as possible please. It will be greatly appreciated.

                  Thank You
               Jose Rolando Murcia Gutierrez

Jose Roland Gutierrez
SCCF
125 Cemetery Road
Woodstown, NJ 08098

U.S.M X-RAY

SOUTH JERSEY NJ 080
21 JUN 2008 PM 4 L


USA 42

Hon. Judge Joseph J. F
Clerk, U.S District C
U.S CTHSE: 844 Kin
Lockbox 18, Wilmingto

19801+3519 C012